[No. 24061-1-II.    Division Two.    October 29, 1999.]

ROBERT S. CLARK, *Appellant*, v. RICHARD FISHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-2-01042-3, James D. Ladley, J., entered November 13, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 44004-7-I.    Division One.    November 1, 1999.]

PUGET SOUND ENERGY, INC., *Appellant*, v. THE CITY OF REDMOND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-14213-0, Steven G. Scott, J., entered December 31, 1998. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 43184-6-I.    Division One.    November 1, 1999.]

SANDRA MOON, *Respondent*, v. CARL MARVIN MASSENGALE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 96-3-00419-5, Alan R. Hancock, J., entered July 10, August 7 and 14, and September 4, 11 and 18, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 42895-1-I.    Division One.    November 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GARY SCHUMAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01455-1, Thomas J. Wynne, J., entered May 28, 1998. *Affirmed* by unpublished per curiam opinion.